IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 2:21-cr-344-RAH |
| ) | [WO] |
| LONNIE MITCHELL ) | |

**ORDER**

On December 1, 2021, Defendant Lonnie Mitchell ("Mitchell") was charged in a superseding indictment with one count of sex trafficking of a minor in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c); four counts of sex trafficking by force, fraud, or coercion as a principal in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2), and (b)(1) and 2; two counts of sex trafficking by force, fraud, or coercion in violation of 18 U.S.C. § 1591(a)(1) and (b)(1); and three counts of interstate transportation for prostitution in violation of 18 U.S.C. § 2422. On May 13, 2022, Mitchell filed a motion to dismiss the indictment (Doc. 146), wherein he asserts the charges of interstate transportation for prostitution (Counts 8, 9, and 10) are ambiguous. Specifically, he argues the superseding indictment is insufficient because it fails to draw a distinction between 18 U.S.C. § 2422(a) and 18 U.S.C. § 2422(b).

The Magistrate Judge recommended the Court deny the Motion to Dismiss the Indictment. (Doc. 172.) On June 6, 2022, Mitchell filed Objections to the Recommendation of the Magistrate Judge. (Doc. 198.) Upon an independent and

*de novo* review of the record, the Court concludes that the Objections are due to be OVERRULED and the Motion to Dismiss Indictment is due to be DENIED.

## I.  STANDARD OF REVIEW

When a party objects to a Magistrate Judge's Report and Recommendation, the district court must review the disputed portions of the Recommendation *de novo*. 28 U.S.C. § 636(b)(1).  The district court "may accept, reject, or modify the recommendation; receive further evidence; or resubmit the matter to the magistrate judge with instructions." Fed.R.Crim.P. 59(b)(3).

## II.  DISCUSSION

The Magistrate Judge found that the superseding indictment clearly charges Mitchell under 18 U.S.C. § 2422(a).  Mitchell objects on the basis that the Government's failure to distinguish between 18 U.S.C. § 2422 (a) and (b) has created an ambiguity and places an undue burden on him to prove beyond a reasonable doubt each element of the offense.

This Court has reviewed the superseding indictment, the arguments of the parties, and the Magistrate Judge's well-reasoned analysis.  There is no ambiguity here. As discussed in the Magistrate Judge's Recommendation, Counts 8 through 10 allege that Mitchell "knowingly persuaded, induced, enticed, and coerced [the individuals] . . . to travel in interstate commerce . . . with intent that [the individuals]

engage in prostitution and any sexual activity for which any person can be charged with a criminal offense[.]" (Doc. 55 at 5-6.)  Thus, the language undoubtedly tracks that of 18 U.S.C. § 2422(a).  The Court agrees that the allegations of interstate transportation for prostitution are facially sufficient and adequately inform Mitchell of the sex-trafficking charges against him.

### III.  CONCLUSION

Accordingly, the court concludes as follows:

1. Mitchell's Objections (Doc. 198) are OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. 172) to deny the Motion to Dismiss is ADOPTED;

3. The Motion to Dismiss (Doc. 146) is DENIED.

DONE, on this the 8th day of June, 2022.

       /s/ R. Austin Huffaker, Jr.
      R. AUSTIN HUFFAKER, JR.
      UNITED STATES DISTRICT JUDGE